United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN A. GONZALEZ,

Plaintiff,

v.

JANE DOE, et al.,

Defendants.

Case No. 26-cv-01386-EKL

**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*, DISMISSING MATTER WITHOUT PREJUDICE AS DUPLICATIVE, AND TERMINATING PENDING MOTIONS AT MOOT**

Re: ECF Nos. 5, 15, 16, 19

Plaintiff Juan A. Gonzalez, a state prisoner proceeding *pro se*, filed the instant civil rights complaint, a motion to proceed *in forma pauperis*, and several motions seeking a trial on his claims and the appointment of counsel. *See* ECF Nos. 4, 5, 15, 16, 19. The complaint is now before the Court for screening pursuant to 28 U.S.C. § 1915A(a), and the motions are before the Court for decision. For the reasons set forth below, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*, DISMISSES the complaint without prejudice as duplicative, and TERMINATES Plaintiff's remaining motions as moot.

## I. BACKGROUND

On February 13, 2026, Plaintiff sent a declaration to the Court, which the Court construed as an attempt to file a complaint. ECF No. 1. On the same date, the Clerk notified Plaintiff that he needed to submit a complaint on a proper form and either pay the filing fee or file a motion to proceed *in forma pauperis*. ECF Nos. 2, 3. In response, Plaintiff sent a copy of a complaint alleging that Salinas Valley State Prison Warden Jane Doe, and correctional officers Sgt. Aguirre, Sgt. Reynoso, Sgt. Carrillo, Sgt. Hidalgo, Sgt. Espinoza, and several other Doe defendants

conspired to have him killed by placing him with prisoners who wanted to kill him. *See* ECF No. 4. The complaint is nearly identical to one Plaintiff had filed in another of his pending cases. *See Gonzalez v. Doe*, No. 25-cv-10236-EKL, ECF No. 39-1.[1]

## II. ANALYSIS

Upon review of the allegations in the pending complaint, the Court concludes that the claims in the complaint are duplicative of the claims raised in a pending civil rights case Plaintiff filed months before he filed this action. *See Gonzalez v. Doe*, No. 25-cv-10236-EKL (N.D. Cal., filed Nov. 24, 2025). An *in forma pauperis* complaint that merely repeats pending or previously litigated claims may be considered abusive under 28 U.S.C. § 1915. *Cato v. United States,* 70 F.3d 1103, 1105 n.2 (9th Cir. 1995). Such complaints repeating the same factual allegations asserted in an earlier case are therefore subject to dismissal as abusive and duplicative. *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988).

Here, Plaintiff filed an identical copy of a complaint he filed in another action pending before this Court. Accordingly, the Court DISMISSES this matter without prejudice as duplicative of the claims and allegations raised in his earlier case. Rather than litigating the same claims in two separate actions, Plaintiff must litigate these claims in his earlier lawsuit. Plaintiff is cautioned that continuing to file duplicative or frivolous actions may result in the application of 28 U.S.C. § 1915(g), which would prevent him from proceeding *in forma pauperis* in any future civil actions or appeals unless he can show he is "under imminent danger of serious physical injury." *Id.*

## III. CONCLUSION

The Court orders as follows:

1. The motion to proceed *in forma pauperis* (ECF No. 5) is GRANTED.
2. The complaint is DISMISSED WITHOUT PREJUDICE as duplicative.
3. Plaintiff's remaining motions seeking a trial and requesting appointment of counsel

[1] Courts "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." *United States v. Black*, 482 F.3d 1035, 1041 (9th Cir. 2007). Accordingly, the Court takes judicial notice of the filings and proceedings in Plaintiff's pending case, *Gonzalez v. Doe*, No. 25-cv-10236-EKL.

United States District Court
Northern District of California

are TERMINATED as moot. *See* ECF Nos. 15, 16, 19.

4. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 30, 2026

Eumi K. Lee
United States District Judge